# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-857V
UNPUBLISHED

|  |  |
|---|---|
| SHIRLEY VANDERFORD, | Chief Special Master Corcoran |
| Petitioner, | Filed: October 12, 2021 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Influenza (Flu) Vaccine; Shoulder Injury Related to Vaccine Administration (SIRVA) |
| Respondent. | |

*Sean Frank Greenwood, Greenwood Law Firm, Houston, TX, for Petitioner.*

*Voris Edward Johnson, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On July 14, 2020, Shirley Vanderford filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that "she received a flu vaccine on October 30, 2018, and thereafter suffered from a Shoulder Injury Related to Vaccine Administration ("SIRVA"). Petition at ¶1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 8, 2021, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent "concluded that Petitioner suffered a Table injury of right SIRVA. *Id.* at 6. Respondent further noted that "DICP did not identify any other causes

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

for Petitioner's right SIRVA, and based on the medical records . . . Petitioner met the statutory requirements by experiencing six months of residual effects. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master